UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SOPHUS,<br>  Plaintiff,<br>  v.<br>SOCIAL SECURITY ADMINISTRATION,<br>  Defendant. | Case No. 19-cv-08031-TSH<br><br>**ORDER TO SHOW CAUSE** |

On February 13, 2020, Defendant Social Security Administration filed a motion to dismiss, which the Court set for a hearing on March 19, 2020. ECF Nos. 14, 15. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby **VACATES** the motion hearing and **ORDERS** Plaintiff Demetrius Sophus to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by March 16, 2020. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff do(es) not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 2, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge